UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff(s), | ) | No. CR06-0127 MAG (BZ) |
| | ) | |
| v. | ) | **PRETRIAL SCHEDULING ORDER** |
| | ) | |
| CAMILLE J. CUSUMANO, | ) | |
| | ) | |
| Defendant(s). | ) | |

**IT IS HEREBY ORDERED** as follows:

**1.   TRIAL DATE**

Trial in this action will begin on **May 8, 2006, at 10:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California, 94102.  The trial is scheduled to last **two** days.

**2.   PRETRIAL CONFERENCE**

By **April 24, 2006**, counsel shall comply with Crim. L.R. 17.1-1(b). In the event this Order conflicts with the Local Rules, this Order shall govern.  A pretrial conference will be held on **Tuesday, May 2, 2006 at 4:00 p.m.**  It shall be attended by the attorneys who will try the case.

1

**3.    DISCOVERY**

To the extent not yet done, both sides must comply with the Federal Rules of Criminal Procedure, and the United States must comply with <u>Brady v. Maryland</u>, 373 U.S. 83 (1963) and <u>United States v. Agurs</u>, 427 U.S. 97 (1976) no later than **April 17, 2006**.

**4.    MOTIONS**

Defendant's motion to suppress shall be heard at trial. The motion must be filed by **Monday**, **April 17, 2006**; the opposition by **April 26, 2006** and any reply by **May 1, 2006**.

Motions <u>in limine</u> shall be heard at the Final Pretrial Conference.  All such motions must be filed by **Monday**, **April 17, 2006**.  Oppositions to motions <u>in limine</u> must be filed by **April 21, 2006**.  Replies, if any, must be filed by **April 24, 2006**.

**5.   EXHIBITS**

Counsel must meet and confer to try to agree on a joint set of exhibits and to mark the exhibits.  By **April 24, 2006**, the marked joint set, and any exhibits to which the parties have been unable to agree, shall be filed with the Clerk and a copy of all exhibits inserted into a standard three ring binder shall be lodged with chambers.  The exhibits shall be separated with correctly marked side tabs so that they are easy to find.

Dated:  March 22, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\CUSUMANO\SCH.ORD.wpd