

**U.S. Department of Justice**

United States Attorney
Northern District of California

---

| | |
|---|---|
| 11th Floor, Federal Building | (415) 436-7200 |
| 450 Golden Gate Avenue, Box 36055 | |
| San Francisco, California 94102 | FAX:(415) 436-7234 |

April 21, 2006

The Honorable Judge Bernard Zimmerman
United States Magistrate Court, Northern District of California
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

    Re: <u>United States v. Camille J. Cusumano, CR-06-0127 MAG</u>
          Request to Vacate Pre-Trial Conference and Trial Dates

Your Honor:

    The parties in the above referenced matter hereby request that the pretrial conference date of May 2, 2006, as well as the trial dates of May 8 & 9, 2006, be vacated. The parties have reached an agreement in the matter and plan to enter a change of plea before the Duty Magistrate during May 2006.

    If you have any questions, please contact me at (415) 436-6488.



4/21/2006

Sincerely,

KEVIN V. RYAN
United States Attorney

/s/ Derek R. Owens

_____
DEREK R. OWENS
Special Assistant United States Attorney

cc: Brian Getz, Esq., Counsel for Ms. Cusumano (Via Facsimile)
cc: Lili Harrell, Courtroom Deputy for Magistrate Judge Laporte (Via Hand Delivery)